IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIE A. INGLIS-SOMERS | No.   19-CR-10023-IT |

## MOTION FOR RULE 11 HEARING

The defendant, Julie A. Inglis-Somers, hereby asks that the Court schedule her case for a Rule 11 hearing and vacate the Pre-trial Conference scheduled for Tuesday, May 21, 2019. Counsel has a court appearance and client meeting in Springfield on Tuesday, May 20, 2019 and therefore asks that the status hearing be vacated and a plea hearing be schedule in 2-3 weeks' time.

Respectfully Submitted,

JULIE INGLIS-SOMERS
By her attorney,

*/s/ Cara McNamara*
Cara McNamara
**AK Bar No. 0511088**
Federal Defender Office
51 Sleeper St., 5th Floor
Boston, MA   02210
Tel: 617-223-8061

Certificate of Service

I, Cara McNamara, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 20, 2019.

*/s/ Cara McNamara*
Cara McNamara

1