

# Memorandum

**To:** Honorable Indira Talwani, U.S. District Judge

**From:** Charnee Alkins, U.S. Probation Officer

**Date:** September 2, 2021

**Re:** Inglis-Somers (Docket No.: 1:19CR10023)

---

On December 20, 2018, pursuant to a warrant emanating from the District of Massachusetts, Ms. Inglis-Somers was arrested in the Middle District of Florida where she was held in federal custody. She was charged with two counts of Distribution of Suboxone 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(a)(1)(E)(i). On December 26, 2018, she was released on a $20,000 unsecured bond with restrictive conditions. On January 3, 2019, Ms. Inglis-Somers made an initial appearance in the U.S. District Court, at Boston, Massachusetts. On that same date, she was released on a $20,000 unsecured bond with the same conditions imposed in the Middle District of Florida, as well as additional conditions to address the defendant's risk of flight. The additional conditions included a curfew to be monitored by location monitoring, a prohibition on employment as a nurse or other positions in the medical field, and a condition prohibiting her then-boyfriend Jason Bakoian (who assisted the defendant when she fled from Massachusetts to Florida) from being present at her residence. On June 27, 2019, Ms. Inglis-Somers pled guilty to both counts previously mentioned. On November 15, 2019, Ms. Inglis-Somers appeared before Your Honor and was sentenced to time served, followed by 3 years of supervised release.

On August 19, 2021, Ms. Inglis-Somers appeared before Your Honor for revocation proceedings for violating several of conditions of her supervised release. Your Honor found Ms. Inglis-Somers in violation and her supervised release was revoked. Ms. Inglis-Somers was sentenced to serve one month in the Bureau of Prisons, followed by 17 months of supervised release. Additionally, Your Honor imposed specific special conditions relating to Ms. Inglis-Somers mental health, substance abuse, and domestic violence relationship with Mr. Bakoian.

On August 20, 2021, this officer was notified that a search warrant had been executed by the Kingston Police Department at Ms. Inglis-Somers residence that same day. The search warrant was executed because a correctional officer from the Plymouth County House of Corrections where Mr. Bakoian is being held, listened to a threatening phone call Ms. Inglis-Somers made mention of during the revocation proceeding the day prior. As such the jail notified the Kingston Police Department who applied for and was granted a search warrant that same day. During the phone call, the correctional officer heard Mr. Bakoian tell Ms. Inglis-Somers that he did not want her mother "snooping around" because if so, "she will find the gun and drugs". The correctional officer indicated that Ms. Inglis-Somers was not surprised about the mention of a gun or drugs and based on the conversation, it appeared as if she was aware those items were at her residence.

Following the search warrant at Ms. Inglis-Somers' residence, officers seized the following items:

1. Three (3) glass vials, each containing a yellow/brown liquid and each vial being a 10mp vial and marked "TEST E 275 TESTOSTERONE ENANTHATE 275mg/ml" which is suspected to be an anabolic steroid, a Class E controlled substance in violation of M.G.L. Ch. 94C.

1

2. One (1) glass vial, containing a yellow/brown liquid, vial being a 10mp vial and marked "DROSTANALONE PROPIONATE MASTERON PROPIONATE 125 100 mg/ml" which is suspected to be an anabolic steroid, a Class E controlled substance in violation of M.G.L. Ch. 94C.

3. Various paperwork/documents, including court and medical documents, addressed to "Jason Bakoian" as well as to the target address of "8-6 Treetop Lane Kingston, MA 02364".

4. Various paperwork/documents, including insurance and medical documents, addressed to "Julie A. Inglis" as well as to the target address of "8-6 Treetop Lane Kingston, MA 02364".

5. Light brown powdery substance within plastic corner baggie. Substance field tested and suspected to be Fentanyl (<1g), a Class A controlled substance in violation of M.G.L. Ch. 94C.

The police report indicated that the light brown powdery substance within a plastic baggie was located inside a women's jacket. A "TruNarc" field test indicated that the substance contained fentanyl. Kingston Police reported that they will be pursuing criminal charges against both Ms. Inglis-Somers and Mr. Bakoian, and they will be summonsed.

As Ms. Inglis Somers' term of supervised release had already been revoked for the period of time when the offense conduct set forth above occurred, we are notifying the Court for information purposes only and are not seeking any action from the Court.

If Your Honor concurs with this memo, please sign below.

Respectfully submitted by:
/s/Charnee Alkins
Charnee Alkins
U.S. Probation Officer

Reviewed and Approved by:
/s/Gina Affsa
Gina Affsa
Supervisory U.S. Probation Officer

____I concur that no action shall be taken by the Court
____Other:


_____        _____
Honorable Indira Talwani              Date
U.S. District Judge